Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 12−33792−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark W. Dublanica
6 Vail Street
Nutley, NJ 07110

Tara M. Dublanica
6 Vail Street
Nutley, NJ 07110

Social Security No.:
xxx−xx−0374

xxx−xx−2006

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/11/18 at 10:00 AM

to consider and act upon the following:

**52** − Motion for Payment of Unclaimed Funds in the Amount $ 7,565.93 Filed by Jonathan Stone on behalf of Mark W. Dublanica, Tara M. Dublanica. Hearing scheduled for 12/13/2018 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Certification of Joint Debtor # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Statement as to Why No Brief is Necessary # 6 Proposed Order # 7 Certificate of Service) (Stone, Jonathan)INCORRECT HEARING DATE Modified on 11/9/2018 (zlh).

Dated: 11/9/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court