Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 12−33792−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mark W. Dublanica                    Tara M. Dublanica
6 Vail Street                        6 Vail Street
Nutley, NJ 07110                     Nutley, NJ 07110

Social Security No.:
   xxx−xx−0374                       xxx−xx−2006

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/11/18 at 10:00 AM

to consider and act upon the following:

*52* − Motion for Payment of Unclaimed Funds in the Amount $ 7,565.93 Filed by Jonathan Stone on behalf of Mark W. Dublanica, Tara M. Dublanica. Hearing scheduled for 12/13/2018 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Certification of Joint Debtor # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Statement as to Why No Brief is Necessary # 6 Proposed Order # 7 Certificate of Service) (Stone, Jonathan)INCORRECT HEARING DATE Modified on 11/9/2018 (zlh).

Dated: 11/9/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Mark W. Dublanica  
Tara M. Dublanica  
    Debtors

Case No. 12-33792-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 09, 2018  
                Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2018.  
db/jdb        +Mark W. Dublanica,   Tara M. Dublanica,   6 Vail Street,   Nutley, NJ 07110-1733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2018 at the address(es) listed below:  
        Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,  
  bkgroup@kmllawgroup.com  
        Jonathan Stone    on behalf of Debtor Mark W. Dublanica jonstonelaw@gmail.com,  
  bkecf_stone@bkexpress.info;r43620@notify.bestcase.com  
        Jonathan Stone    on behalf of Joint Debtor Tara M. Dublanica jonstonelaw@gmail.com,  
  bkecf_stone@bkexpress.info;r43620@notify.bestcase.com  
        Linda S. Fossi    on behalf of Creditor    TD Auto Finance LLC lfossi@zeitzlawfirm.com,  
  gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
                                                                                                            TOTAL: 6