UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Jonathan Stone, Esquire**
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
jonstonelaw@gmail.com
Attorney for Debtors

In Re:

Mark Dublanica

Tara Dublanica

Case No.: 12-33792(JKS)

Adv. No.: _____

Chapter: 13

Hearing Date: December 11, 2018

Judge: Kathryn C. Ferguson

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Keith Guarneri, paralegal,

    X☐ am the paralegal for: Jonathan Stone

    ☐ am self-represented

    Phone number: (908)979-9919

    Email address: keith@jonstonelaw.com

2. I request an adjournment of the following hearing:

    Matter: Motion For Payment of Unclaimed Funds

    Current hearing date and time: December 11, 2018 at 10:00am

    New date requested: January 23, 2019

    Reason for adjournment request: Additional time to resolve objection. Chapter 13 Standing Trustee consents to the adjournment.

3. I request an adjournment of confirmation:

   Current confirmation date and time:

   New date requested:

   Reason for adjournment request:

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____
   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: December 10, 2018____              ___/s/ Keith Guarneri
                                              Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted              New hearing date: _____         ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____   ☐ Peremptory

☒ Denied   Request not timely submitted

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*