UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Mark W. Dublanica and Tara M. Dublanica

Order Filed on December 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 12-33792

Adv. No.:

Hearing Date: December 11, 2018

Judge: Chief Judge Kathryn C. Ferguson

# ORDER DENYING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 17, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on November 8, 2018 by _Jonathan Stone_ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

2

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Mark W. Dublanica  
Tara M. Dublanica  
    Debtors

Case No. 12-33792-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 17, 2018  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.  
db/jdb         +Mark W. Dublanica,    Tara M. Dublanica,   6 Vail Street,    Nutley, NJ 07110-1733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:  
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. jpshay@mdwcg.com, jpshay@gmail.com  
         Jonathan Stone    on behalf of Debtor Mark W. Dublanica jonstonelaw@gmail.com, bkecf_stone@bkexpress.info;r43620@notify.bestcase.com  
         Jonathan Stone    on behalf of Joint Debtor Tara M. Dublanica jonstonelaw@gmail.com, bkecf_stone@bkexpress.info;r43620@notify.bestcase.com  
         Linda S. Fossi    on behalf of Creditor    TD Auto Finance LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
                                                                                                   TOTAL: 7