| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br><br>Shauna Deluca, Esq. (SD-8248) | Case No.: 12-33792-JKS<br><br>Chapter: 13<br><br>Hearing Date: August 13, 2020<br><br>Judge: John K. Sherwood |
| **In Re:**<br><br>Mark W. Dublanica,<br>    Debtor.<br><br>Tara M. Dublanica,<br>    Joint Debtor. | |

Order Filed on August 15, 2020 by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 15, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

Debtor(s): Mark W. Dublanica and Tara M. Dublanica
Case No.: 12-33792-JKS
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**
_____

  The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

 (1) Proof of Claim filed on October 4, 2012 as Claim Number 2-1 on the Claims Register.

  ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

  ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.