| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Shauna Deluca, Esq. (SD-8248) | Case No.: 12-33792-JKS<br><br>Chapter: 13<br><br>Hearing Date: August 13, 2020<br><br>Judge: John K. Sherwood |
| **In Re:**<br><br>Mark W. Dublanica,<br>    Debtor.<br><br>Tara M. Dublanica,<br>    Joint Debtor. | |

Order Filed on August 15, 2020 by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 15, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

Debtor(s): Mark W. Dublanica and Tara M. Dublanica
Case No.: 12-33792-JKS
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on October 4, 2012 as Claim Number 2-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.

United States Bankruptcy Court
District of New Jersey

In re:  
Mark W. Dublanica  
Tara M. Dublanica  
    Debtors

Case No. 12-33792-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 17, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2020.  
db/jdb      +Mark W. Dublanica,    Tara M. Dublanica,    6 Vail Street,    Nutley, NJ 07110-1733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2020 at the address(es) listed below:

        Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Denise E. Carlon   on behalf of Creditor   JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        James Patrick Shay   on behalf of Creditor   WELLS FARGO BANK, N.A. shay@bbs-law.com,  
         jpshay@gmail.com  
        Jonathan Stone   on behalf of Debtor Mark W. Dublanica jonstonelaw@gmail.com,  
         bkecf_stone@bkexpress.info;r43620@notify.bestcase.com  
        Jonathan Stone   on behalf of Joint Debtor Tara M. Dublanica jonstonelaw@gmail.com,  
         bkecf_stone@bkexpress.info;r43620@notify.bestcase.com  
        Linda S. Fossi   on behalf of Creditor   TD Auto Finance LLC lfossi@zeitzlawfirm.com,  
         gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Shauna M Deluca   on behalf of Creditor   PNC BANK, N.A. sdeluca@rasflaw.com  
                                                                                           TOTAL: 8